# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| SOUTHPOINT BANK,<br><br>Plaintiff,<br><br>v.<br><br>FIBRETECH, LLC, and RENDELL SCHMIDT,<br><br>Defendants. | Case No. 2:24-cv-00051-RWS |

## JOINT MOTION FOR EXTENSION OF DEADLINES

The parties jointly move for a 14-day extension of the deadlines to submit their joint preliminary report and discovery plan and to exchange their initial disclosures. The requested extensions will serve the interests of judicial efficiency by allowing the parties to continue ongoing settlement negotiations without incurring the cost of additional litigation activities that would be obviated by a settlement.

A proposed order granting the requested relief is attached as Exhibit 1.

Respectfully submitted, this 8th day of May, 2024.

[SIGNATURE BLOCKS ON NEXT PAGE]

| THE KHAYAT LAW FIRM | PHELPS DUNBAR LLP |
|---|---|
| */s/ Brian D. Spielman* <br> Robert C. Khayat, Jr. <br> Georgia Bar No. 416981 <br> rkhayat@khayatlawfirm.com <br> Brian D. Spielman <br> Georgia Bar No. 596026 <br> bspielman@khayatlawfirm.com <br><br> 75 14th Street, N.E. <br> Suite 2750 <br> Atlanta, GA 30309 <br> Telephone: (404) 978-2750 <br> Facsimile: (404) 978-2901 <br><br> *Counsel for FibReTech LLC* | */s/ Kenneth W. Boyles, Jr.* <br> Kenneth W. Boyles, Jr. <br> Georgia Bar No. 183309 <br> kenneth.boyles@phelps.com <br><br> 2001 Park Place North <br> Suite 700 <br> Birmingham, Alabama 35203 <br> Telephone: (205) 716-5200 <br><br> *Counsel for SouthPoint Bank* <br><br> CHALMERS, ADAMS, BACKER & KAUFMAN, LLC <br><br> */s/ Kurt R. Hilbert* <br> Kurt R. Hilbert <br> Georgia Bar No. 352877 <br> khilbert@chalmersadams.com <br> Alex B. Kaufman <br> Georgia Bar No. 136097 <br> akaufman@chalmersadams.com <br><br> 11770 Haynes Bridge Road <br> G# 205-219 <br> Alpharetta, Georgia 30009 <br> Telephone: (404) 964-5587 <br><br> *Counsel for Rendell Schmidt* |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was electronically filed this day with the Clerk of the Court through the CM/ECF system, which will send notice of electronic filing to all counsel of record.

This 8th day of May, 2024.

>*/s/ Robert C. Khayat, Jr.*
>Robert C. Khayat, Jr.
>Georgia Bar No. 416981